UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRIAN IVAN GILSON,

        Plaintiff,

v.                                                Case No. 18-cv-1121-pp

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

        Defendant.

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO.23), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42. U.S.C. §405(g)**

On February 22, 2019, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 23. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Administrative Law Judge will reevaluate the claimant's impairments in accordance with 20 CFR §§ 404.1520(a)(4)(ii), 404.1521, 404.1522, 416.920(a)(4)(ii), 416.921, and 416.922; reevaluate the opinion evidence pursuant to 20 CFR §§404.1527and 416.927; reassess the claimant's symptoms in accordance with SSR 16-3p; reassess the residual functional capacity in accordance with SSR 96-8p; and, if warranted, obtain vocational expert evidence and determine whether the vocational expert evidence is

consistent with the Dictionary of Occupational Titles pursuant to Social Security Ruling 00-4p.

Dated in Milwaukee, Wisconsin this 26th day of February, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**